Flexjet LLC v Honeywell Intl. Inc. (2026 NY Slip Op 00580)

Flexjet LLC v Honeywell Intl. Inc.

2026 NY Slip Op 00580

Decided on February 05, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 05, 2026

Before: Manzanet-Daniels, J.P., Gesmer, González, Shulman, O'Neill Levy, JJ. 

Index No. 651078/23|Appeal No. 5355|Case No. 2025-00349|

[*1]Flexjet LLC, Plaintiff-Respondent,
vHoneywell International Inc., Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Andrew Borrok, J.), entered on or about December 12, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 20, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 5, 2026